UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMBRUS DIOSSY,

                     Plaintiff,

- against -

SHERRY MANUFACTURING CO., INC.

                     Defendant.

Docket No.

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Ambrus Diossy ("Diossy" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Sherry Manufacturing Co., Inc. ("Sherry" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted designs, owned and registered by Diossy, a professional artist. Accordingly, Diossy seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant transacts business in Florida.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Diossy is a professional artist in the business of licensing his designs for a fee having a usual place of business at 1414 21st Street, Apt #2, Vero Beach, Florida 32960.

6. Upon information and belief, Sherry is a business corporation organized under the laws of the State of Florida and with a place of business at 3287 NW 65 Street, Miami, Florida 33147. Upon information and belief, Sherry is registered with the Florida State Department of Corporations to do business in Florida.

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Designs**

7. Diossy created various fish designs (the "Designs"). A true and correct copy of the Designs are attached hereto as Exhibit A.

8. Diossy is the author of the Designs and has at all times been the sole owner of all right, title and interest in and to the Designs, including the copyright thereto.

9. The Designs was registered with United States Copyright Office and was given Copyright Registration Number VA 2-136-935, VA 2-136-936, VA 2-142-022.

**B.  Defendant's Infringing Activities**

10. Sherry continued selling merchandise with the Designs after the termination of Plaintiff's agreement with Defendant. See Exhibit B.

11. Sherry did not license the Designs from Plaintiff after Plaintiff's termination of the agreement with Sherry, nor did Sherry have Plaintiff's permission or consent to publish the Designs on merchandise.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Sherry infringed Plaintiff's copyright in the Designs by reproducing and publicly displaying the Designs on merchandise. Sherry is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Designs.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Sherry have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Designs, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Sherry be adjudged to have infringed upon Plaintiff's copyrights in the Designs in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Sherry be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

4. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

5. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Miami, Florida
      June 21, 2019

    SANACHELIMA & ASSOCIATES, P.A.

    By: /s/ Chris Sanchelima
    Chris Sanchelima
    235 SW Le Jeune Road
    Miami, Florida 33134
    Direct: 305-447-1617
    Chris@Sanchelima.com

    LIEBOWITZ LAW FIRM, PLLC

    By: /s/Richard Liebowitz
    Richard P. Liebowitz
    11 Sunrise Plaza, Suite 305
    Valley Stream, NY 11580
    Tel: (516) 233-1660
    RL@LiebowitzLawFirm.com
    (*Pro Hac Vice Forthcoming*)

    *Attorneys for Plaintiff Ambrus Diossy*