UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-22569-BLOOM/Louis

AMBRUS DIOSSY,

    Plaintiff,

v.

SHERRY MANUFACTURING CO., INC.,

    Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Sherry Manufacturing Co., Inc. ("SHERRY"), through undersigned counsel hereby files its Answer and Affirmative Defenses as follows:

ANSWER

Unless specifically admitted below, SHERRY denies each and every allegation contained in Plaintiff's complaint.

1. SHERRY admits that the Company purports to state an action for copyright infringement. SHERRY denies the sufficiency and substance of Plaintiff's claims and allegations.

2. Plaintiff states legal conclusions to which no response is required or appropriate. To the extent the allegations are inconsistent with or unsupported by facts or law, they are denied.

3. Plaintiff states legal conclusions to which no response is required or appropriate. To the extent the allegations are inconsistent with or unsupported by facts or law, they are denied.

4. Plaintiff states legal conclusions to which no response is required or appropriate. To the extent the allegations are inconsistent with or unsupported by facts or law, they are denied.

Case No. 19-cv-22569-BLOOM/Louis

5. SHERRY is without sufficient knowledge or information and on that basis denies each and every allegations and demands strict proof thereof.

6. Admit.

7. SHERRY is without sufficient knowledge or information and on that basis denies each and every allegations and demands strict proof thereof.

8. SHERRY is without sufficient knowledge or information and on that basis denies each and every allegations and demands strict proof thereof.

9. The referenced copyright registration speaks for itself, and thus the allegations are denied to the extent they are inconsistent with such registration, mischarcterizes it, or take it out of context, or to the extent such registration is invalid, unenforceable or fraudulent.

10. Denied.

11. Denied.

12. SHERRY admits or denies as set forth above.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

AFFIRMATIVE DEFENSES:

Case No. 19-cv-22569-BLOOM/Louis

In further response to the Complaint, and without prejudice to the denials set forth in the Answer and without admitting any allegations in the complaint not otherwise admitted, SHERRY alleges the following defenses to the allegations contained in the Complaint.

A.. Plaintiff fails to state claim upon which relief can be granted.

B. Plaintiff failed to mitigate his alleged damages.

C. Plaintiff's claim is barred by the application of statute of limitations.

D. Plaintiff's claim is barred by the doctrine of laches.

E. Plaintiff's claim is barred, in whole or part, due to copyright invalidity based on originality, ownership, and/or authorship..

F. Plaintiff's claim is barred by the doctrine of estoppel.

G. Plaintiff's claim is barred by the doctrine of waiver.

H. Plaintiff's claim is barred by the doctrine of unclean hands.

I. Plaintiff's claim is barred, in whole or in party, due to lack of valid copyright registration.

J. Plaintiff's claim is barred, in whole or in part, due to copyright unenforceability.

K. Plaintiff's claim is barred, in whole or part, due to copyright misuse.

L. Plaintiff's claim is barred, in whole or part, due to applicable license.

M. Plaintiff's claim for attorney's fees is barred under 17 U.S.C. Sect. 412.

N. Plaintiff's claim is barred or limited due to SHERRY being an innocent infringer.
.

O. SHERRY is entitled to an offset for all monies Plaintiff owes SHERRY for advances.

Case No. 19-cv-22569-BLOOM/Louis

Discovery is this action has not yet commenced and SHERRY continues to investigate the allegations set forth in the Complaint. SHERRY reserves the right to add additional affirmative defenses later identified based on discovery.

**WHEREFORE,** SHERRY respectfully request this Honorable Court to:

1. Dismiss the Complaint in its entirety, with prejudice;

2. That Plaintiff take nothing by way of the Complaint;

3. That judgment be entered in favor of SHERRY and against Plaintiff's Complaint; and

4. The Court award such other relief as is just, including attorney's fees and costs. .

Dated this 12th day of August, 2019.

Respectfully submitted,

 /s/ Keith D. Diamond
Keith D. Diamond (Fla. Bar No. 708615)
Primary Email:   keithdiamond2@aol.com
Secondary Email: kdiamondlawoffice@gmail.com
KEITH D. DIAMOND, P.A.
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Telephone:        (954) 618-1007
Facsimile:         (954) 306-0811

*Attorneys for Defendant Sherry Manufacturing Co., Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic filing pursuant to CM/ECF on August 12, 2019 to all counsel or parties of record on the Service List below.

 /s/ Keith D. Diamond
Keith D. Diamond

-5-

Case No. 19-cv-22569-BLOOM/Louis

## SERVICE LIST

| | |
|---|---|
| Chris Sanchelima, Esquire | Richard Liebowitz, Esquire |
| Chris@Sanchelima.com | RL@LiebowitzLawFirm.com |
| SANCHELIMA & ASSOCIATES, P.A. | LIEBOWITZ LAW FIRM, PLLC |
| 235 SW Le Jeune Road | 11 Sunrise Plaza, Suite 305 |
| Miami, FL 33134 | Valley Stream, NY 11580 |
| Telephone: (305) 447-1617 | Telephone: (516) 233-1660 |
| | |
| *Attorneys for Plaintiff Ambrus Diossy* | *Attorneys for Plaintiff Ambrus Diossy* |