UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22569-BLOOM/Louis

AMBRUS DIOSSY,

    Plaintiff,

v.

SHERRY MANUFACTURING CO., INC.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On August 5, 2019, the Court ordered the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation on or before **August 26, 2019**. ECF No. [9] (the "Scheduling Order"). To date, the parties have not complied, nor have they shown cause.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **September 3, 2019**, the parties shall comply with the requirements of the Scheduling Order. Failure to comply will result in sanctions, including, but not limited to, dismissal without prejudice without further notice. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at www.flsd.uscourts.gov. All other deadlines set forth in the Scheduling Order shall remain strictly in place.

Case No. 19-cv-22569-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 29, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record