UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22569-BLOOM/Louis

AMBRUS DIOSSY,

    Plaintiff,

v.

SHERRY MANUFACTURING CO., INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. According to the Court's Scheduling Order, ECF No. [9], the parties were directed to select a mediator, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation by August 26, 2019. When the parties failed to timely comply, the Court entered an Order to Show Cause, ECF No. [12], requiring the parties to comply with the Scheduling Order by September 3, 2019. The Court also cautioned the parties that the failure to comply would result in dismissal of this case without prejudice and without further notice. *Id*. The parties have again failed to timely comply and have not shown cause for the failure.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders. The Clerk of the Court is directed to **CLOSE** the case, and any pending motions are denied as moot.

Case No. 19-cv-22569-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida on September 5, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record